NUMBER
13-05-011-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

_________________________________________________________

 

RICHARD BALL,                                                      Appellant,

 

                                           v.

 

W. S. FARISH, III, ET AL.,                                        Appellees.

_________________________________________________________

 

                  On
appeal from the 24th 
District Court

                            of
Goliad County, Texas.

_________________________________________________________

 

                     MEMORANDUM
OPINION

 

                  Before
Justices Rodriguez, Castillo, and Garza

                        Memorandum Opinion Per
Curiam

 








Appellant, RICHARD BALL, perfected an appeal from a
judgment entered by the 24th District Court of Goliad
County, Texas, in cause number 02-5-8374-CV.  Appellant has filed a motion to dismiss the
appeal.  In the motion, appellant states
that the parties have settled the case through the mediation process and no
further relief is sought in this Court. 
Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and 

filed this the 16th day of June, 2005.